# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

VIRGIN RECORDS AMERICA, INC., a
California corporation; WARNER BROS.
RECORDS INC., a Delaware corporation;
MAVERICK RECORDING COMPANY, a
California joint venture; and BMG MUSIC, a
New York general partnership,

        Plaintiffs,

v.                              Case No.:  3:06-cv00120-LC-MD

PEGGY COX,

        Defendant.

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

Plaintiffs' Application For Default Judgment By The Court is hereby **GRANTED**.

    1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

    2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Twenty Dollars ($320.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

> "Steal My Kisses," on album "Burn To Shine," by artist "Ben Harper" (SR# 273-400);
> "Just to Hear You Say That You Love Me," on album "Faith," by artist "Faith Hill" (SR# 253-752);
> "You Oughta Know," on album "Jagged Little Pill," by artist "Alanis Morissette" (SR# 213-545);
> "Another Lonely Day," on album "Fight For Your Mind," by artist "Ben Harper" (SR# 210-135);
> "I Learned That From You," on album "Born To Fly," by artist "Sara Evans" (SR# 291-176);
> "I Turn To You," on album "Christina Aguilera," by artist "Christina Aguilera" (SR# 274-004);
> "Wrong Again," on album "Evolution," by artist "Martina McBride" (SR# 240-332);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded

recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**ORDERED** on this 8th day of January, 2007.

                                                                                  s/*L.A. Collier*

                                                                                Lacey A. Collier
Senior United States District Judge